

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2016

No. 04-16-00652-CV

John **HARWOOD**,
Appellant

v.

Brian **GILROY**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI11327
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellee has filed a "Motion for Leave to Supplement the Clerk's Record with Appellant's Responses to Requests for Admission" requesting that we direct the trial court clerk to file a supplemental clerk's record containing "Defendant's Response to Requests for Admissions of Plaintiff Brian Gilroy." The motion is GRANTED. The trial court clerk is ORDERED to prepare and file a supplemental clerk's record containing "Defendant's Response to Requests for Admissions of Plaintiff Brian Gilroy" within five days from the date of this order. *See* TEX. R. APP. P. 34.5(c)(1).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court